UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE CHANTELL LATRONICA,<br><br>Plaintiff,<br><br>v.<br><br>MORRISON C. ENGLAND, et al.,<br><br>Defendants. | Case No. 16-cv-02870-RS<br><br>**ORDER DISMISSING COMPLAINT** |

Plaintiff Melanie Chantell Latronica filed a complaint against numerous governmental entities, public officials, private corporations, and people. Her complaint did not establish that federal subject-matter jurisdiction exists so that this court may resolve this matter. Moreover, the precise nature of Latronica's claims was impossible to discern. To clarify these matters, Latronica was ordered to show cause why the case should not be dismissed by July 1, 2016.

In response to the order, Latronica mailed the court numerous documents, photos, letters, and website printouts. Also included in this stack of documents was an envelope labeled "bloody exhibit," "rape," and "biohazard." Authorities were contacted and the documents have been confiscated and destroyed. Even a cursory review of the documents confirmed that they do not clarify the nature of Latronica's claims or establish federal subject-matter jurisdiction. Although Latronica requested an in-person hearing on July 21, 2016, no such hearing will take place because her complaint is dismissed with prejudice for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted.

1    **IT IS SO ORDERED**.

3    Dated: June 23, 2016

_____
RICHARD SEEBORG
United States District Judge